479 A.2d 1139

Carnicelli v. Bartram, Jr., Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued April 11, 1984.   John B. Nicklas, Jr., for appellant;  Dina G. McIntyre, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment affirmed.

479 A.2d 1140

Colish v. Mandell, Appellant.

Argued March 22, 1984.   Robert W. Maris, for appellant;  Spencer Ervin, Jr., for appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Order affirmed.